WOODSIDE PRESBYTERIAN CHURCH, Respondent, *v.* I. TOWNSEND BURDEN, Appellant, Impleaded with Another.

(Argued May 23, 1934; decided June 8, 1934.)

*John T. Norton* and *Joseph C. Behan, Jr.,* for appellant. *James Farrell* for respondent.

Appeal dismissed, with costs, and question certified not answered. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.